**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> vs. <br> DARNELL MICHAEL NORTON, <br>     Defendant. | **No. CR04-4109-DEO** <br><br> **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO** <br> **18 U.S.C. § 3582(c)(2)** |

This matter comes before the Court on the defendant's motion to reduce sentence (Docket No. 144). The defendant filed such motion on March 3, 2015. At the Court's request, the United States Probation Office prepared a memorandum that, among other things, addresses the defendant's eligibility for a sentence reduction under 18 U.S.C. § 3582(c)(2) and calculates the defendant's amended guideline range. The government requests a hearing in this matter. The court declines to hold a hearing at this time. The government is directed to submit by no later than **April 16, 2015,** a sealed report that details its position regarding a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2). After considering the government's position, the Court will either exercise its discretion and reduce the defendant's sentence under 18 U.S.C. § 3582(c)(2) or appoint counsel and conduct a

hearing during which the defendant will participate by telephone. At this point in the proceeding, the defendant need not submit to the Court anything that responds to the government's sealed report. The clerk's office is directed to send a copy of this Order to the defendant (Reg. No. 02883-029),[1] the office of the Federal Public Defender, the office of the United States Attorney and the office of United States Probation.

**IT IS SO ORDERED** this 8th day of April, 2015.

_____
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

---

[1] Defendant Darnell Norton is located at UPS Lewisburg, 2400 Robert F. Miller Drive, Lewisburg, PA 17837.